UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ERA FRANCHISE SYSTEMS, INC.,

      Plaintiff,               Case No.  04-72469

v.                             District Judge Denise Page Hood
                             Magistrate Judge R. Steven Whalen

NEW CENTER REALTY, INC.,
d/b/a ERA NEW CENTER REALTY,
INC., MARGARET GILMER and
EUGENE M. GILMER, JR.

      Defendants.

_____/

**ORDER**

      Before the Court is Plaintiff's Motion to Compel Discovery from Defendants New Center Realty, Inc. and Eugene M. Gilmer, Jr. [Docket #22].  For the reasons and under the terms stated on the record on July 7, 2005,

      IT IS ORDERED that Plaintiff's Motion to compel answers to interrogatories, requests to produce documents, and requests to admit is GRANTED.

      IT IS FURTHER ORDERED that within 21 days of an order disposing of defense counsel's motion to withdraw [Docket #31], Defendants New Center Realty, Inc. and Eugene M. Gilmer, Jr., shall produce all of the requested discovery encompassed by Plaintiff's motion.

      IT IS FURTHER ORDERED that Plaintiff's request for reasonable costs and

expenses incurred in making this motion is GRANTED.  Plaintiff's counsel shall submit a

certification of costs, including attorney fees, within 14 days of the date of this Order.


s/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated:  July 8, 2005

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys
and/or parties of record by electronic means or U.S. Mail on July 8, 2005.


s/Gina Wilson
Judicial Assistant